# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTON CLIFFORD,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **SPIRIT MASTER FUNDING III,** ) <br> **LLC,** ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.** <br> **1:20-cv-04921-JPM** |

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through counsel, and hereby give notice that the parties have settled this claim and anticipate filing a dismissal of this case within thirty (30) days.

Respectfully submitted this 28th day of May, 2021,

                               *s/Meredith J. Carter*
                               Meredith J. Carter, Esq.
                               Georgia Bar No. 325422
                               M. Carter Law LLC
                               2690 Cobb Parkway SE
                               Suite A5-294
                               Smyrna, GA 30080
                               Tel: (4040 618-3838
                               meredith@mcarterlaw.com

/s/ Carey E. Olson
Carey E. Olson
Georgia Bar No.: 843080
McLaughlin Law Firm
1575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Carey.Olson@mgmesq.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| **ANTON CLIFFORD,** | ) |
| **Plaintiffs,** | ) |
| v. | ) **Civil Action No.** |
| **SPIRIT MASTER FUNDING III, LLC,** | ) **1:20-cv-04921-JPM** |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2021, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Meredith J. Carter
meredith@mcarterlaw.com

Respectfully submitted this 28th day of May, 2021,

/s/ Carey E. Olson
Carey E. Olson
Georgia Bar No.: 843080
McLaughlin Law Firm

        1575 Great Oaks Way, Suite 100
        Alpharetta, Georgia 30022
        (470) 415-5500
        (470) 415-5510 (fax)
        Carey.Olson@mgmesq.com