UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRIT MASTER FUNDING III, LLC,<br><br>Defendants. | Civil Action No.<br>1:20-cv-04921-JPM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims asserted therein and with each party to bear their own costs and fees, is dismissed with prejudice.

Respectfully submitted this 7th day of July, 2021,

*s/Meredith J. Carter*
Meredith J. Carter, Esq.
Georgia Bar No. 325422
M. Carter Law LLC
2690 Cobb Parkway SE
Suite A5-294
Smyrna, GA 30080
Tel: (4040 618-3838
meredith@mcarterlaw.com

/s/ Carey E. Olson
Carey E. Olson
Georgia Bar No.: 843080
McLaughlin Law Firm
1575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Carey.Olson@mgmesq.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTON CLIFFORD,** <br><br> Plaintiffs, <br><br> v. <br><br> **SPIRIT MASTER FUNDING III, LLC,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No.** <br> **1:20-cv-04921-JPM** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Meredith J. Carter
M. Carter Law LLC
2690 Cobb Parkway SE
Suite A5-294
Smyrna, Georgia 30080
meredith@mcarterlaw.com

Respectfully submitted this 7th day of July, 2021,

/s/ Carey E. Olson
Carey E. Olson
Georgia Bar No.: 843080
McLaughlin Law Firm
1575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Carey.Olson@mgmesq.com